DANIEL E. POMEROY et al., Respondents, *v.* THE HOCKING VALLEY RAILWAY COMPANY, Appellant.

*Pomeroy* v. *Hocking Valley Ry. Co.*; 175 App. Div. 886, affirmed. (Argued January 15, 1917; decided March 6, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 13, 1916, which affirmed an order of Special Term denying a motion to vacate the service of the summons herein.

The following question was certified: "Is subdivision 1 of section 432 of the Code of Civil Procedure wholly invalid under section 1 of the Fourteenth Amendment of the Constitution of the United States for the reason that it provides for service upon all foreign corporations irrespective of whether or not they are doing business within the state and contains no separable provision applicable to corporations doing business within the state of New York?"

*G. H. Dorr, A. C. Rearick* and *A. H. Smith* for appellant.

*Joseph M. Hartfield* and *James J. Porter* for respondents.

Order affirmed, with costs, and question certified answered in the negative on the opinion in *Dollar Co.* v. *Canadian Car & Foundry Co.* (220 N. Y. 270).

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.